IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED
JUN 21 2017
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-18-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| MICHAEL EDWARD COPENHAVER, | |
| Defendant. | |

Sentencing of the Defendant is set for June 27, 2017.

The Court's Order of February 21, 2017,[1] required "[s]entencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **June 5, 2017**. . . . [and] [f]ailure to timely file sentencing memoranda may result in imposition of sanctions against counsel."[2] No sentencing memorandum from the United States was filed as ordered or at all.

---

[1] Doc. 18.

[2] Doc. 18 at ¶ 7.

ORDERED:

The United States shall file its sentencing memorandum and any supporting documents on or before June 23, 2017. Responses to sentencing memoranda and supporting documents shall be filed on June 26, 2017.

DATED this 21st day of June, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge