THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL EDWARD COPENHAVER,<br><br>      Defendant. | **CR-16-18-H-BMM**<br><br>**ORDER** |

Michael Edward Copenhaver ("Copenhaver") has moved for early termination of his term of supervised release. (Doc. 31.) Copenhaver pleaded guilty to one count of possession of stolen firearms, in violation of 18 U.S.C. § 922(j). (Doc. 1); (Doc. 17.) The Court sentenced Copenhaver in June 2017 to seventy months' imprisonment, followed by three years of supervised release. (Doc. 26); (Doc. 27.) Copenhaver began his term of supervised release on February 4, 2021. (Doc. 32 at 3.) Copenhaver seeks early termination of his term of supervised release.

1

(Doc. 31.) The Court held a hearing on Copenhaver's Motion on July 5, 2023. (Doc. 35.) The Court will grant the Motion for the reasons stated in open court.

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year's supervision, so long as the Court is satisfied that termination remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Copenhaver's supervised release. Copenhaver has completed over two years of his term of supervision after having completed successfully a lengthy term of incarceration. (Doc. 32 at 2-3.) Neither the Government nor Copenhaver's probation officer opposes early termination of Copenhaver's supervision, and Copenhaver's performance on supervision demonstrates, in the probation officer's description, the "great changes" Copenahaver has made in his life. (Doc. 32 at 4.) Copenhaver reports, for example, having completed RDAP Aftercare and gambling and relationship counseling. He also reports having established his own small business, employing a staff of twelve. (Doc. 32 at 4-5.) These successes demonstrate that Copenhaver's case warrants termination of supervision.

Accordingly, **IT IS HEREBY ORDERED** that

Copenhaver's Motion for Early Termination of Supervised Release (Doc. 31) is **GRANTED**.

DATED this 6th day of July, 2023.

_____
Brian Morris, Chief District Judge
United States District Court